In the Matter of ST. WILLIAM's Church, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

Submitted October 20, 1941; decided January 8, 1942.

*John J. Bennett, Jr., Attorney-General (A. C. Taylor* and *Henry Epstein* of counsel), for motion.

*J. Theodore Cross* and *Francis C. Steates* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground there has not been a final determination of the action or special proceeding within the meaning of the Constitution.

In the Matter of LINWOOD J. PUTNAM et al., Respondents, against JAMES MARSHALL et al., Constituting the Board of Education of the City of New York, Appellants.

Submitted October 20, 1941; decided January 8, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 286 N. Y. 485.)